In the Matter of DALE C., JR., and Others, Children Alleged to be Neglected. MONROE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SHERELL H., Appellant. [688 NYS2d 372] —Order unanimously affirmed without costs for reasons stated at Monroe County Family Court, Sciolino, J. (Appeal from Order of Monroe County Family Court, Sciolino, J.—Neglect.) Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

LYNN D. TOLLI et al., Appellants, v VILLAGE MOTOR SALES, INC., et al., Respondents. [688 NYS2d 373] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Pigott, Jr., J. (Appeal from Order of Supreme Court, Niagara County, O'Donnell, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

In the Matter of DALE E. C., Respondent, v SHERELL H., Appellant. [688 NYS2d 372] —Order unanimously affirmed, without costs for reasons stated at Monroe County Family Court, Sciolino, J. (Appeal from Order of Monroe County Family Court, Sciolino, J.—Custody.) Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

In the Matter of EVAN N. W., and Others, Children Alleged to be Neglected. MONROE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MAE L. W., Appellant. (Appeal No. 1.) [688 NYS2d 370] —Appeal from order insofar as it concerns Evan N. W. unanimously dismissed as moot and order affirmed without costs. (Appeal from Order of Monroe County Family Court, Miller, J.—Neglect.) Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.